UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Shelly K. Muir                    :            Case #: 05-78560

                                                   :            Chapter 13

                                                   :            Judge Preston

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: December 15, 2009                  /s/ Frank M. Pees_____
                                          Frank M. Pees
                                          Chapter 13 Trustee


| Name and Address | Amount |
|---|---|
| ADVANCE AMERICA<br>3651 W BROAD ST<br>COLUMBUS OH 43228 | $35.96 |